NO. 07-12-0292-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JULY 23, 2012

_____

DANA L. HENDERSON,

Appellant

V.

JAMES WAYNE JONES,

Appellee

_____

FROM THE 261st DISTRICT COURT OF TRAVIS COUNTY;

NO. D-1-GN-11-003882; HON. LORA J. LIVINGSTON, PRESIDING

_____

***Order of Dismissal***

_____

Before QUINN, C.J., CAMPBELL, J., and BOYD, S.J.[1]

Appellant Dana L. Henderson filed a notice of appeal on May 31, 2012, but failed to pay the $175 filing fee required under Texas Rule of Appellate Procedure 5. We informed appellant, by letter dated July 10, 2012, that the filing fee was outstanding and that the appeal would be dismissed unless it was paid by July 20, 2012. TEX. R. APP. P. 42.3(c); *see Holt v. F.F. Enterprises*, 990 S.W.2d 756 (Tex. App.–Amarillo 1998, pet. ref'd). The fee has not been paid to date. Nor does the record show appellant to be indigent or having requested leave to proceed as an indigent.

_____

[1]John T. Boyd, Senior Justice, sitting by assignment.

Because appellant has failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).

Per Curiam